# UNITED STATES DISTRICT COURT
for the
District of Maryland

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

**12:29 pm, Jun 23 2020**
AT BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY TTS Deputy

United States of America )
v. )
)  Case No.  20-mj-1563-CBD
)
)
Nicholas Milano White )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 5, 2020 - March 8, 2020 in the county of Baltimore in the
District of Maryland, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 1708 | Theft of Receipt of Stolen Mail Matter |
| Title 18 U.S.C. § 371 | Conspiracy to Commit Offense or to Defraud the United States |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Vecchio, PI, USPIS
*Printed name and title*

Submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P 4.1 and 4(d) on the following date:

Date: June 19, 2020

*Judge's signature*

City and state: Greenbelt, Maryland    Charles B. Day, U.S. Magistrate Judge
*Printed name and title*